**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **KENNETH CLOUD,** | : | |
| | : | |
| **Petitioner,** | : | **5:05-CV-35 (CAR)** |
| **vs.** | : | |
| | : | |
| **RALPH KEMP, Warden, and** | : | |
| **THURBERT BAKER, Attorney General,** | : | |
| | : | |
| **Respondent.** | : | |

_____

*ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Tab 16] that the above-captioned petition for federal habeas corpus relief be dismissed.  The United States Magistrate Judge found that the petition was barred by the relevant statute of limitations, 28 U.S.C. § 2244(d).  Pursuant to 28 U.S.C. § 636(b)(1), Petitioner filed an Objection [Tab 18] to the Recommendation, but failed to address the issue at bar.  Moreover, having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge.  The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; the instant petition for federal writ of habeas corpus is hereby **DISMISSED** with prejudice.

**SO ORDERED**, this 27th day of May, 2005.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

JLR/jec